IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CR142

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| RANDY LEE HAMMITT | ) |

    THIS MATTER IS BEFORE THE COURT on its own motion. The case record for Defendant Randy Lee Hammitt does not contain either a current mailing address or a telephone contact number. A post office box does not provide sufficient information and the Court needs a residential address for Defendant Hammitt.

    IT IS THEREFORE ORDERED that the Defendant shall provide to this Court a current residential address and a telephone number where he can be reached. This information is to be provided within 15 days of the signing of this Order.

    IT IS SO ORDERED.

Signed: April 12, 2006

Graham C. Mullen
United States District Judge