IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CR142

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) **ORDER** |
| RANDY LEE HAMMITT | ) |

THIS MATTER IS BEFORE THE COURT on defendant Randy Lee Hammitt's Motion For Stay [doc. 33] filed October 23, 2006. Defendant's motion is DENIED.

IT IS SO ORDERED.

Signed: December 14, 2006

Graham C. Mullen
United States District Judge